**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Central District of California
(State)

Case number (*If known*): _____ Chapter 7

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☒ Chapter 7
☐ Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's name**

Metallic Blue Development LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

Metallic Blue Development, LLC

**4. Debtor's federal Employer Identification Number (EIN)**

☒ Unknown

___ - _____
EIN

**5. Debtor's address**

**Principal place of business**

9465    Wilshire Boulevard, Suite 300
Number    Street

Beverly Hills        CA    90212
City            State    ZIP Code

Los Angeles
County

**Mailing address, if different**

_____
Number    Street

_____
P.O. Box

_____
City        State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____
City        State    ZIP Code

---

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor ___Metallic Blue Development LLC___   Case number (*if known*) _____
      <sub>Name</sub>

**6. Debtor's website** (URL)    n/a

**7. Type of debtor**
- [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding LLP)
- [ ] Other type of debtor. Specify: _____

**8. Type of debtor's business**

*Check one:*
- [ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))
- [ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- [ ] Railroad (as defined in 11 U.S.C. § 101(44))
- [ ] Stockbroker (as defined in 11 U.S.C. § 101(53A))
- [ ] Commodity Broker (as defined in 11 U.S.C. § 101(6))
- [ ] Clearing Bank (as defined in 11 U.S.C. § 781(3))
- [x] None of the types of business listed.
- [ ] Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
- [x] No
- [ ] Yes. Debtor _____  Relationship _____
  District _____ Date filed _____ Case number, if known _____
                        MM / DD / YYYY
  Debtor _____  Relationship _____
  District _____ Date filed _____ Case number, if known _____
                        MM / DD / YYYY

## Part 3: Report About the Case

**10. Venue**

*Check one:*
- [x] Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- [ ] A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*
- [x] The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- [ ] Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**
- [x] No
- [ ] Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor  Metallic Blue Development LLC
_____
Name

Case number (*if known*)_____

## 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Blue Orchid Concepts LLC | Unpaid debt | $ 1,375,000.00 |
| John Gonda | Unpaid debt | $ 381,150.00 |
| [See Attachment A for Additional Petitioners] | | $ |
| | Total of petitioners' claims | $ See Attachment A |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**

Blue Orchid Concepts LLC
Name

9450  SW Gemini Dr PMB 77146
Number  Street

Beaverton   OR   97008
City    State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

Sief Khafagi
Name

9450  SW Gemini Dr PMB 77146
Number  Street

Beaverton   OR   97008
City    State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/28/2022
MM/DD/YYYY

X *Sief Khafagi*    , Manager
Signature of petitioner or representative, including representative's title

### Attorneys

Ori Katz
Printed name

Sheppard Mullin Richter & Hampton LLP
Firm name, if any

4   Embarcadero Center, 17th Floor
Number  Street

San Francisco   CA   94111
City    State   ZIP Code

Contact phone  415-774-3238   Email okatz@sheppardmullin.com

Bar number  209561

State  California

X _____
Signature of attorney

Date signed _____
MM / DD / YYYY

Debtor  Metallic Blue Development LLC _____  Case number (*if known*)_____
        Name

**Name and mailing address of petitioner**

John Gonda
Name

1036        Ashford Court
Number      Street

Westlake Village          CA          91361
City                      State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City      State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed On  11/23/2022
             MM / DD / YYYY

DocuSigned by:
*John Gonda*
F953BFCE6831498...
✗ Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number    Street _____

City      State    ZIP Code _____

Contact phone _____  Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date Signed _____
            MM / DD / YYYY

---

**Name and mailing address of petitioner**

[See Attachment A for Additional Petitioners]
Name

_____
Number    Street

_____
City      State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City      State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

Number    Street _____

City      State    ZIP Code _____

Contact phone _____  Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date Signed _____
            MM / DD / YYYY

Official Form 205          Involuntary Petition Against a Non-Individual          page 4

Debtor's Name: Metallic Blue Development LLC

# Attachment A
## to Involuntary Petition Against a Non-Individual

### List of Additional Petitioners

Part 3 (continued):

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Pauline Poon | Unpaid debt | $115,000.00 |
| Vijay A. Vakulabharanam | Unpaid debt | $28,750.00 |
| Satish Nair | Unpaid debt | $81,200.00 |
| Steve and Phoebe Ng | Unpaid debt | $168,637.50 |
| | Total of petitioners' claims: | $2,149,737.50 |

Part 4 (continued):

Name and mailing address of petitioner:
Pauline Poon
1050 N. High Knoll Lane
Walnut, CA 91789

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/24/2022
MM/DD/YYYY

Signature of petitioner: *Pauline Poon* (DocuSigned by: DCE17B581D9140C...)

Name and mailing address of petitioner:
Vijay A. Vakulabharanam
24539 Ridge Pole Ct
South Lyon MI 48178

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/25/2022
MM/DD/YYYY

Signature of petitioner: *Vijay Vakulabharanam* (DocuSigned by: 4DF21D075D284A4...)

Attachment A
-1-

SMRH:4877-1058-0031.1

Debtor's Name: Metallic Blue Development LLC

---

Name and mailing address of petitioner:
  Satish Nair
  908 Brocks End Court
  Naperville, IL 60540

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/25/2022
             MM/DD/YYYY

Signature of petitioner: *Satish Nair* (DocuSigned by: 7CA2B513578742D...)

---

Name and mailing address of petitioner:
  Steve and Phoebe Ng
  221 Creedon Cir.
  Alameda, CA 94502

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
             MM/DD/YYYY

Signature of petitioner: _____

Executed on _____
             MM/DD/YYYY

Signature of petitioner: _____

---

Attachment A

SMRH:4877-1058-0031.1    -2-

Debtor's Name: Metallic Blue Development LLC

---

Name and mailing address of petitioner:
  Satish Nair
  908 Brocks End Court
  Naperville, IL 60540

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
           MM/DD/YYYY


Signature of petitioner: _____

---

Name and mailing address of petitioner:
  Steve and Phoebe Ng
  221 Creedon Cir.
  Alameda, CA 94502

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   11/24/2022
           MM/DD/YYYY

Signature of petitioner: _____
                         DocuSigned by: [signature]
                         B2CDC0562517440...

Executed on   11/23/2022
           MM/DD/YYYY

Signature of petitioner: _____
                         DocuSigned by: [signature]
                         AC923AE7057C4CC...

Attachment A